IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC WILLIAMS : CIVIL ACTION

v. :

THERESA DELBASO, et al. : NO. 18-2452

**ORDER**

This 18th day of March 2019, Petitioner having failed to file objections despite having been granted an extension of time within which to do so, and following careful and independent consideration of the record, and the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's claims are **DENIED**;

3. A certificate of appealability is <u>not</u> granted.[1]

BY THE COURT:

　　/s/ Gerald Austin McHugh
United States District Judge

---

[1] It should also be noted that Petitioner is no longer in custody. *See DeFoy v. McCullough,* 393 F.3d 439, 441 (3d Cir. 2005) ("petition for habeas corpus relief generally becomes moot when a prisoner is released from custody before the court has addressed the merits of the petition.")